UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20cv62043

**DAVEFLORE CHARLEMAGNE**,
   Plaintiff,

v.                                                     [JURY DEMAND]

**SAMANTHA ALIBAYOF**,
**NICOLE ALIBAYOF**,
   Defendants.

## COMPLAINT

Plaintiff, **Daveflore Charlemagne**, by and through counsel, hereby files his complaint and alleges:

## PARTIES

1. Plaintiff, **Daveflore Charlemagne**, is a citizen of the State of Florida.

2. Defendant, **Samantha Alibayof**, is a citizen of the State of New York.

3. Defendant, **Nicole Alibayof**, is a citizen of the State of California.

## JURISDICTION & VENUE

4. Federal diversity jurisdiction exists pursuant to 28 U.S.C. § 1332. Plaintiff, Daveflore Charlemagne, is a citizen of the State of Florida. Defendant, Samantha Alibayof, is a citizen of the State of New York. Defendant, Nicole Alibayof, is a citizen of the State of California. Therefore, complete diversity of

citizenship exists. The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

5. Venue in the Southern District of Florida is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions on which the claims asserted herein are based occurred in this District.

## STATEMENT OF FACTS

6. On March 22, 2019, Daveflore Charlemagne was driving eastbound on Hallandale Beach Boulevard at approximately 32nd Avenue in Broward County, Florida. Daveflore Charlemagne was not speeding and obeying all traffic laws and had the right of way.

7. On March 22, 2019, Defendant Nicole Alibayof authorized and consented to Defendant Samantha Alibayof to drive a vehicle owned by Nicole Alibayof on Florida roads. Nicole Alibayof provided this consent despite the inherent danger posed by the operation of the vehicle.

8. On this same date, Defendant Samantha Alibayof was driving Defendant's Nicole Alibayof's vehicle westbound on Hallandale Beach Boulevard. As Defendant Samantha Alibayof approached 32nd Avenue, she abruptly made a left turn onto said road without yielding to oncoming traffic.

9. Defendant Samantha Alibayof's failure to yield resulted in her crashing into Daveflore Charlemagne's vehicle.



10. Defendant Samantha Alibayof caused extensive physical damage to Daveflore Charlemagne's vehicle and bodily injury to her person.

11. As result of Defendants' conduct, Daveflore Charlemagne suffers damages including but not limited to pain and suffering, medical expenses (past and future), bodily injury, loss wages (past and future), property damage, and expenses related to the use of the vehicle, i.e. depreciation of property value, car rental, etc.

## NEGLIGENCE, MOTOR VEHICLE

12. Daveflore Charlemagne sues Defendants, Samantha Alibayof and Nicole Alibayof, and alleges:

13. On March 22, 2019, Defendant, Samantha Alibayof, negligently operated that vehicle which collided with Daveflore Charlemagne in Miami-Dade County, Florida. The vehicle operated by Samantha Alibayof was owned by Nicole Alibayof and responsible for its maintenance.

14. At the time and place, Defendants negligently operated or maintained the motor vehicle so that it collided with Daveflore Charlemagne.

15. Daveflore Charlemagne suffers damages due to Defendants' negligent operation and maintenance of the motor vehicle, including but not limited to pain and suffering, medical expenses (past and future), bodily injury, loss wages (past



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

and future), property damage, and expenses related to the use of the vehicle, i.e. depreciation of property value, car rental, etc.

### STRICT LIABILITY, DANGEROUS INSTRUMENTALITY

16. Daveflore Charlemagne sues Defendant, Nicole Alibayof, and alleges:

17. On March 22, 2019, Defendant Nicole Alibayof authorized and permitted her vehicle to be driven by Defendant Samantha Alibayof on the public roads of Florida.

18. Nicole Alibayof's vehicle is and was peculiarly dangerous in its operation on the public roadways of Florida.

19. Under this authorization, Defendant Samantha Alibayof negligently operated the vehicle on the public roadways of Florida causing a collision with Daveflore Charlemagne.

20. Daveflore Charlemagne has suffered damages, as stated previously, as a result of this negligent operation. Accordingly, Nicole Alibayof, owner of said vehicle, is strictly liable for all damages sustained by Daveflore Charlemagne resulting from the operation of said vehicle on the public roadway.

### Prayer

Wherefore, **Daveflore Charlemagne**, for each cause of action above demands the following relief, against Defendants;



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

a. Compensatory, general, and special damages in an amount in accordance with proof;

b. Consequential damages;

c. Reasonable attorneys' fees and expenses of litigation where permitted by law;

d. Prejudgment interests where permitted by law;

e. Nominal damages;

f. Costs of suit and interest accrued incurred herein; and

g. Other forms equitable and/or legal relief the Court deems just or proper.

Respectfully submitted by,
PIERRE SIMON
Attorneys for Plaintiff
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315

By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193