UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62043-CIV-SMITH/VALLE

DAVEFLORE CHARLEMAGNE,

    Plaintiff,

vs.

SAMANTHA ALIBAYOF AND
NICOLE ALIBAYOF,

    Defendants.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Paperless Report and Recommendation [DE 45], which recommends granting Defendant's Motion to Strike Plaintiff's Claim for Attorney's Fees [DE 7]. The Report and Recommendation found that Plaintiff's Complaint fails to allege a legal basis entitling her to attorney's fees. No objections have been filed to the Report and Recommendation. Upon consideration, it is

    **ORDERED** that:

    1. The Paperless Report and Recommendation [DE 45] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2. Defendant's Motion to Strike Plaintiff's Claim for Attorney's Fees [DE 7] is **GRANTED.** Plaintiff's claims for attorney's fees are **STRICKEN** from the Complaint.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of August, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record