**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-62043-CIV-SMITH**

DAVEFLORE CHARLEMAGNE,

      Plaintiff,

v.

SAMANTHA ALIBAYOF and
NICOLE ALIBAYOF,

      Defendants.

_____/

**OMNIBUS ORDER ON MOTIONS IN LIMINE**

      This cause is before the Court on Defendants' Omnibus Motion in Limine [DE 177], Plaintiff's Response [DE 184], Plaintiff's Motion in Limine [DE 180], and Defendants' Response [DE 182]. Upon consideration, it is

      **ORDERED** that:

      1.    Defendants' Omnibus Motion in Limine [DE 177] is **GRANTED in part and DENIED in part:**

          a.    Motions in Limine 1, 2, 4, 5, 7, 8, 9, 11, 14, and 15 are **GRANTED.**

          b.    Motion in Limine 3 is **DENIED.**

          c.    The Court defers ruling on Motions in Limine 6, 10, 12, 13, 16, and 17.

      2.    Plaintiff's Motion in Limine [DE 180] is **GRANTED.** Motions in Limine 1, 2, 3, and 4 are **GRANTED.**

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of May, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record