UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-62043-CIV-SMITH**

DAVEFLORE CHARLEMAGNE,

    Plaintiff,

v.

SAMANTHA ALIBAYOF and
NICOLE ALIBAYOF,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This cause is before the Court on Plaintiff's Expedited Motion for Clarification [DE 191]. Upon consideration, it is

    **ORDERED** that Plaintiff's Expedited Motion for Clarification [DE 191] is **GRANTED:**

    a.    The following sentence is deleted from page 10 of the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant's Motion for Summary Judgment [DE 190]: "This does not preclude Defendants from raising the issue of comparative negligence at trial; it simply precludes Defendants from arguing that Samantha Alibayof was not negligent."

    b.    Defendants may raise the issue of Plaintiff's seatbelt use at trial to the extent it may affect Plaintiff's damages.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of May, 2022.

*/s/ Rodney Smith*
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record