UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62043-CIV-SMITH

DAVEFLORE CHARLEMAGNE,

    Plaintiff,

v.

SAMANTHA ALIBAYOF and
NICOLE ALIBAYOF,

    Defendants.

                                   /

**ORDER DENYING JOINT MOTION TO BRING ELECTRONIC EQUIPMENT TO THE COURTHOUSE AND TO ALLOW WITNESSES TO APPEAR REMOTELY**

This cause is before the Court on the parties' Amended Joint Motion to Bring Electronic Equipment to the Courthouse During Trial and Allow Certain Non-Party Witnesses to Appear Remotely at Trial [DE 178]. The Motion lists eighteen (18) people who wish to bring electronic equipment into the courthouse; it does not, however, list what equipment each person seeks to bring in or why such equipment is necessary. Additionally, the Motion does not explain why Dr. George Dreszer wishes to appear remotely. Upon consideration, it is

**ORDERED** that the parties' Amended Joint Motion to Bring Electronic Equipment to the Courthouse During Trial and Allow Certain Non-Party Witnesses to Appear Remotely at Trial [DE 178] is **DENIED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of May, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record