UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20-cv-62043-RS

**DAVEFLORE CHARLEMAGNE,**
Plaintiff,

vs

**SAMANTHA ALIBAYOF,**
**NICOLE ALIBAYOF,**
sued in their individual capacity
Defendants.

**JOINT CONCISE STATEMENT OF THE CASE**

This case concerns a car accident that occurred in Broward County, Florida between Daveflore Charlemagne and Samantha Alibayof on March 22, 2019.

**CERTIFICATION**

I certify that a copy the foregoing document has been furnished to **Marc Buschman**, 19 W. Flagler Street, Ste. 1020, Miami, Florida 33130 at mbuschman@clarkrobb.com by e-mail delivery on **5/19/2022.**

PIERRE**SIMON**
Attorneys for Plaintiff
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315

By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193

600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**